**Order entered August 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00834-CV

### IN RE WALTER JOHN STANTON, III, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07601**

## ORDER

Before the Court is relator's July 31, 2017 unopposed motion for leave to file a reply to real parties' response to relator's petition for writ of mandamus. Relator's motion is **GRANTED**. Relator's reply shall be filed by August 4, 2017.

/s/     DAVID EVANS
           JUSTICE